UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-cr-00080-JAW |
| | ) | |
| JOHN TAPLEY | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 24, 2014 his Recommended Decision (ECF No. 19). The Defendant filed his objection to the Recommended Decision on October 7, 2014 (ECF No. 20) and the Government filed its response to the objection on October 24, 2014 (ECF No. 21). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge (ECF No. 19) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Suppress (ECF No. 11) be and hereby is <u>DENIED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 25th day of November, 2014